```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
JORGE GUAMAN,                                                 :
                              Plaintiff,                      :
                                                              :        13 Civ. 03820 (LGS)
              -against-                                       :
                                                              :        <u>OPINION AND ORDER</u>
5 "M" CORP., *et al.*,                                        :
                              Defendants.                     :
                                                              :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS a telephonic conference was held on December 13, 2013 concerning Plaintiff's motion to compel discovery; it is hereby

ORDERED that Plaintiff's motion is DENIED without prejudice to renewal after a decision has been issued on the forthcoming motion for FLSA conditional class certification and after the parties have again conferred with each other; and it is further

ORDERED that Plaintiff shall file his motion for FLSA conditional class certification by January 10, 2014; Defendants shall file their opposition by January 27, 2014; and Plaintiff shall file his reply by February 3, 2014.

ORDERED that a conference will be held on February 18, 2014 at 10:45 a.m.

SO ORDERED.

Dated: December 13, 2013
       New York, New York

                                        *[signature]*
                                        LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE